McCARTHY, JOHNSON & MILLER
LAW CORPORATION
LORI A. NORD, ESQ., #87993
595 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 882-2992
Facsimile: (415) 882-2999

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>RAMCON COMPANY, INC., a California Corporation,<br><br>Defendant. | No. C 05-00484 MJJ<br><br>**NOTICE AND ORDER RE DISMISSAL** |

Notice and Order Re Dismissal - Case No. C 05-00484 MJJ                                              Page 1

PLAINTIFFS HEREBY request that the above-entitled action be dismissed pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: April 18, 2005

McCARTHY, JOHNSON & MILLER
LAW CORPORATION

By: /s/ Lori Nord
LORI A. NORD
Attorneys for Plaintiffs

SO ORDERED:

Dated: 4/19/2005

_____
United States District Court

*APPROVED — Judge Martin J. Jenkins, United States District Court, Northern District of California*

# DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to the within matter. My business address is 595 Market Street, Suite 2200, San Francisco, California 94105.

I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the following document(s) by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California 94105, on April 18, 2005, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Document(s) served:

**NOTICE AND ORDER RE DISMISSAL**

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California, on April 18, 2005.

By: *Diane Nakamura*
DIANE NAKAMURA

Mr. Mike Smith
Ramcon Co., Inc.
1659-C Industrial Road
San Carlos, CA 94070